UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joan Marie Hoffman

| | |
|---|---|
| Case No.: | 18-11287-CMG |
| Hearing Date: | 2/27/18 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
to Reconsider Order Denying Application To Have Chapter 7 Filing Fee Waived

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 27, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____February 5_____, 20 _18_ by _the debtor_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*