UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Debtor

Joan Marie Hoffman

Case No.: 18-11287-CMG

Hearing date: 2/27/18

Judge: Hon. Christine M. Gravelle, U.S.B.J.

ORDER PERMITTING DEBTOR TO APPEAR TELEPHONICALLY FOR
341(a) MEETING OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 27, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor:         Joan Marie Hoffman

Case No:        18-11287-CMG

Caption of Order:   ORDER PERMITTING DEBTOR TO APPEAR TELEPHONICALLY FOR 341(a) MEETING OF CREDITORS

---

The following order is hereby entered:

THIS MATTER having come before the Court by way of Notice of Motion filed by Joan Marie Hoffman, the debtor, and the Court having considered the pleadings filed, and for good cause shown;

IT IS ORDERED as follows:

1. The Debtor shall be allowed to participate and appear at the Section 341(a) Meeting of Creditors by telephone.

2. A copy of this Order shall be served on all interested parties within seven (7) days from the date of this Order.