**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joan Marie Hoffman

| | |
|---|---|
| Case No.: | 18-11287-CMG |
| Hearing Date: | 2/27/18 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER

to Reconsider Order Denying Application To Have Chapter 7 Filing Fee Waived

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 27, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

      A motion or application having been filed on _____February 5_____, 20 _18_ by \_the debtor_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11287-CMG
Joan Marie Hoffman                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Feb 27, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
db              +Joan Marie Hoffman,    18 Smoke Rise Lane,    Bedminster, NJ 07921-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:
              John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3