UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Debtor

Joan Marie Hoffman

Case No.: 18-11287-CMG

Hearing date: 2/27/18

Judge: Hon. Christine M. Gravelle, U.S.B.J.

ORDER PERMITTING DEBTOR TO APPEAR TELEPHONICALLY FOR
341(a) MEETING OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 27, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor:     Joan Marie Hoffman

Case No:    18-11287-CMG

Caption of Order:  ORDER PERMITTING DEBTOR TO APPEAR TELEPHONICALLY FOR 341(a) MEETING OF CREDITORS

The following order is hereby entered:

THIS MATTER having come before the Court by way of Notice of Motion filed by Joan Marie Hoffman, the debtor, and the Court having considered the pleadings filed, and for good cause shown;

IT IS ORDERED as follows:

1. The Debtor shall be allowed to participate and appear at the Section 341(a) Meeting of Creditors by telephone.

2. A copy of this Order shall be served on all interested parties within seven (7) days from the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Joan Marie Hoffman  
    Debtor

Case No. 18-11287-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 27, 2018  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.  
db          +Joan Marie Hoffman,   18 Smoke Rise Lane,    Bedminster, NJ 07921-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:  
       John W. Hargrave    trustee@hargravelaw.com,  jwh@trustesolutions.net  
       Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 3