UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Joan Marie Hoffman

Order Filed on April 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     18-11287-CMG

Hearing Date:    4/3/18

Judge:    Christine M. Gravelle

Chapter:    7

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER

Cross Motion re: To Impose The Automatic Stay on Caliber Home Loans

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____March 15_____, 20 18  by _Debtor, Joan Marie Hoffman_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*