Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–11287–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joan Marie Hoffman
   dba Health Systems, LLC
   18 Smoke Rise Lane
   Bedminster, NJ 07921

Social Security No.:
   xxx–xx–4976

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑  An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 6/4/18 in the amount of $ 83.75 has not been received by the Clerk,

☐  The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 6/19/18 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 6/19/18.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Christine M. Gravelle on

Date: 6/26/18
Time: 10:00am
Location: Courtroom 3
   Address:   Clarkson S. Fisher Courthouse
              402 East State Street
              Trenton, NJ 08608–1507

Dated: June 5, 2018
JAN: bwj

<u>Christine M. Gravelle</u>
United States Bankruptcy Judge